# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>MAURICIO MARTINEZ-BELTRAN<br><br>       Defendant. | Case No.: 17CR2313-BEN<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION AND TO EXONERATE BOND** |

Upon application of the United States and good cause appearing thereof,

IT IS ORDERED that the United States' Motion to Dismiss the Information and Motion to Exonerate Bond be granted in the interests of justice.

DATED: __1/10/2019_____

_____
BARBARA L. MAJOR
United States Magistrate Judge